# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50001 | **DATE** | 9/24/2004 |
| **CASE TITLE** | Foote vs. Houi | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] For the reasons stated on the reverse memorandum opinion and order, plaintiff's motion to object to the magistrate judge's order denying his motion for leave to file a fourth amended complaint is denied.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | | |
|---|---|---|---|---|---|
| | No notices required. | | number of notices | | **Document Number** |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | 9-24-04 date docketed | | |
| ✓ | Docketing to mail notices. | | | | 61 |
| | Mail AO 450 form. | | docketing deputy initials | | |
| | Copy to judge/magistrate judge. | | 9-25-04 date mailed notice | | |
| LC | courtroom deputy's initials | | Date/time received in central Clerk's Office | mailing deputy initials | |

# MEMORANDUM OPINION AND ORDER

Plaintiff, Darrion Foote, filed a pro se motion for leave to file a fourth amended complaint on July 29, 2004. The magistrate judge issued an order denying plaintiff's motion. Plaintiff has filed a "motion to object to the order" denying his motion for leave to amend.

Plaintiff, recognizing his motion to object is filed beyond the 10- day period prescribed in Rule 72(a) for objecting to non- dispositive orders of a magistrate judge, has stated in his motion that he did not receive a copy of the magistrate judge's order in a timely manner because it was sent to a state correctional facility when he was being housed at the local jail. The court need not resolve the timeliness of plaintiff's motion to object as it denies the motion on its merits.

The magistrate judge carefully reviewed the procedural history of this case, emphasized that plaintiff has filed several prior complaints and, on October 10, 2003, was given leave to file a fourth amended complaint within 60 days, and noted the fact that dispositive summary judgment motions are currently pending. The magistrate judge also issued a very thorough and well- reasoned opinion denying the motion for leave to file a fourth amended complaint. Plaintiff has not identified any reason to modify or set aside that order, nor is that order clearly erroneous or contrary to law.

For the foregoing reasons, plaintiff's motion to object to the magistrate judge's order denying his motion for leave to file a fourth amended complaint is denied.